Form 4-1

| | |
|---|---|
| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 4 |

| | |
|---|---|
| JinkoSolar (U.S.) Inc. and Jinko Solar (U.S.) Industries Inc., <br><br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, and CHRIS MAGNUS, in his Official Capacity as Commissioner of United States Customs and Border Protection, <br><br>     Defendants. | SUMMONS    No. 22-00241 |

**TO:** The Above-Named Defendants:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



                                          **/s/ Mario Toscano**
                                          Clerk of the Court

| | |
|---|---|
| | **Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney** |
|   */s/ Richard A. Mojica* <br> Signature of Plaintiff's Attorney | Richard A. Mojica <br> Mary H. Mikhaeel <br> MILLER & CHEVALIER CHARTERED <br> 900 Sixteenth Street NW <br> Washington, D.C. 20006 |
| Date:  August 17, 2022 | Tel. (202) 626-5800 <br> Email: rmojica@milchev.com <br> Email: mmikhaeel@milchev.com |

\* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007**;** Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)