## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| JINKOSOLAR (U.S.) INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES, et al., )<br>)<br>Defendants. ) | Before: Hon. Gary S. Katzmann<br>Judge<br>Court No.: 22-00241 |

### [PROPOSED] ORDER

UPON CONSIDERATION of the Motion to Withdraw as Counsel filed by Mary H. Mikhaeel, and the entire record herein, it is ORDERED that the motion is GRANTED.

SO ORDERED.

September __, 2024  
New York, NY                                   _____  
                                               Gary S. Katzmann, Judge

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| JINKOSOLAR (U.S.) INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, et al., ) <br> ) <br> Defendants. ) | Before: Hon. Gary S. Katzmann <br> Judge <br> Court No.: 22-00241 |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to U.S. Court of International Trade Rule 75(d), the undersigned herby moves to withdraw as counsel for Plaintiffs JinkoSolar (U.S.) Inc. and Jinko Solar (U.S.) Industries Inc. (collectively, "Jinko" or "Plaintiffs"). Ms. Mikhaeel will be leaving the employ of Miller & Chevalier Chartered effective September 23, 2024 and will no longer be able to continue to represent Jinko. Richard Mojica will continue to represent Jinko.

Washington, DC
September 17, 2024

Respectfully submitted,

  /s/ *Mary H. Mikhaeel*
Mary H. Mikhaeel
MILLER & CHEVALIER CHARTERED
900 Sixteenth Street NW
Washington, D.C. 20006
202-626-5800 (Telephone)
202-626-5801 (Fax)
Email: mmikhaeel@milchev.com

*Counsel for JinkoSolar (U.S.) Inc. and Jinko Solar (U.S.) Industries Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 17, 2024 I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing all registered CM/ECF users:

Joshua Ethan Kurland
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email: joshua.e.kurland@usdoj.gov

Attorney-in-Charge
U.S. Department of Justice
International Trade Field Office
26 Federal Plaza - Room 346
Civil Division
New York, NY 10278
Email: civil.itfoecf@usdoj.gov

*Counsel for Defendants*

                                                                                          */s/ Mary H. Mikhaeel*