## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| JINKOSOLAR (U.S.) INC., et al., )<br>)<br>        Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES, et al., )<br>)<br>        Defendants. ) | Before: Hon. Gary S. Katzmann Judge<br><br>Court No.: 22-00241 |

### NOTICE OF DISMISSAL

Pursuant to U.S. Court of International Trade Rule 41(a)(1)(A)(i), the Plaintiffs, JinkoSolar (U.S.) Inc. and Jinko Solar (U.S.) Industries Inc., hereby dismiss this action. All parties are to bear their own fees and costs.

Washington, DC  
August 12, 2025

Respectfully submitted,

  /s/ Richard A. Mojica  
Richard A. Mojica  
MILLER & CHEVALIER CHARTERED  
900 Sixteenth Street NW  
Washington, D.C. 20006  
Tel. (202) 626-5800  
Fax. (202) 626-5801  
Email:  rmojica@milchev.com

*Counsel for JinkoSolar (U.S.) Inc. and Jinko Solar (U.S.) Industries Inc.*

### ORDER OF DISMISSAL

This action having been voluntarily noticed for dismissal by all parties having appeared in this action, are dismissed.

Dated:

Clerk, United States Court of International Trade

By: _____  
     Deputy Clerk

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 12, 2025 I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing all registered CM/ECF users:

**Tara Kathleen Hogan**
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Email: tara.hogan@usdoj.gov

*Counsel for Defendants*

                                                                             /s/ Richard A. Mojica